## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRIN P., AMBER P., and LILLY P., <br><br> Plaintiffs, <br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY and the JPMORGAN CHASE MEDICAL PLAN, <br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT <br><br> Case No. 2:18-cv-390 CW <br><br> District Judge Clark Waddoups <br><br> Magistrate Judge Brooke Wells |

Before the court is Plaintiffs' Motion for Leave to Amend.[1] Plaintiffs move the court for leave to file an Amended Complaint against Defendants "to more fully and thoroughly articulate their allegation that, among other things, the Defendants have violated the Mental Health Parity and Addiction Equity Act in denying coverage for Lily's medical treatment."[2] Defendants "do not oppose the motion for leave to file amended complaint …."[3]

Therefore on account of no opposition being filed and that the "court should freely give leave when justice so requires"[4] the court GRANTS Plaintiffs' motion.

DATED this 17 December 2018.

Brooke C. Wells
United States Magistrate Judge

---

[1] ECF No. 11.

[2] ECF No. 11 p. 1.

[3] ECF No. 12.

[4] F.R.C.P. 15(a)(2).